KATIE J. MACMAHON, as Administratrix of JOHN JOSEPH MACMAHON, Deceased, Respondent, *v.* THE BROOKLYN AND NEW YORK FERRY COMPANY, Appellant.

Reported below, 10 App. Div. 376.
(Argued June 7, 1897; decided June 15, 1897.)

MOTION for leave to appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 23, 1896, which unanimously affirmed a judgment in favor of plaintiff entered upon a verdict, and also an order denying a motion for a new trial, in an action to recover damages for a personal injury — the Appellate Division having refused to allow an appeal to the Court of Appeals.

*George Bethune Adams* for motion.

*Charles J. Patterson* opposed.

Motion denied, with ten dollars costs, but without prejudice to the making of an application to a single judge.

---

ISAAC ALTMAN et al., as Administrators of the Estate of JACOB ALTMAN, Deceased, Appellants, *v.* ELI HOFELLER, Impleaded, etc., Respondent.

(Argued June 7, 1897; decided June 15, 1897.)

MOTION to amend remittitur. (See 152 N. Y. 498, 508.)

*Norris Morey* for motion.

*William Nathaniel Cogswell* opposed.

Motion granted so far as to allow costs in this case in this court and the General Term.